UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RODNEY O. HAGGARD, ) | |
| ) | |
|     Plaintiff/Counter-Defendant, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:10-CV-0800-G |
| BANK OF THE OZARKS, INC., ) | |
| ) | |
|     Defendant/Counter-Plaintiff/ ) | |
|     Third-Party Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| McKINNEY MEADOWS, LP, ) | |
| ) | |
|     Third-Party Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of the United States Magistrate on Bank of the Ozarks, Inc.'s (the "Bank's") motion for attorneys' fees. Objections were filed. The district court has made a *de novo* review of those portions of the proposed findings, conclusions, and

recommendation to which objection was made. The objections are overruled. The Bank's motion for attorneys' fees is **GRANTED**.

Accordingly, the Bank shall receive judgment against Rodney O. Haggard for attorneys' fees and costs in the amount of $30,190.11.

**SO ORDERED**.

July 5, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**